ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite 117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff  MICHAEL CHALNA KEO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>KI HO YANG, an individual; KEUM J. YANG, an individual;<br><br>          Defendants. | Case No.: 2:21-cv-00123-GW-AS<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

1

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: March 30, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Michael Chalna Keo

NOTICE OF CONDITIONAL SETTLEMENT
2:21-CV-00123-GW-AS